■ In the Matter of Phyllis Brenchley, Respondent, against Gary Andrews, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Onondaga Children's Court adjudging defendant to be the father of the child of complainant and directing him to pay for support of the child, plus expenses and furnish an undertaking

for performance of the terms of the order.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.